On respondent's petition for reconsideration filed March 19, reconsideration allowed; former disposition withdrawn; former opinion (220 Or App 299, 185 P3d 553 (2008)) modified and adhered to as modified; affirmed June 10, 2009

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

DAMIEN JAY KARP,
*Defendant-Appellant.*

Washington County Circuit Court
C050534CR; A130751

209 P3d 858

John R. Kroger, Attorney General, Erika L. Hadlock, Acting Solicitor General, and Paul L. Smith, Assistant Attorney-in-Charge, Criminal Appeals, for petition.

Before Edmonds, Presiding Judge, and Brewer, Chief Judge, and Sercombe, Judge.

PER CURIAM

**PER CURIAM**

The state petitions this court to reconsider its decision in *State v. Karp*, 220 Or App 299, 185 P3d 553 (2008). In *Karp*, we affirmed defendant's convictions but remanded for resentencing. The state now contends that, in light of *Oregon v. Ice*, 555 US ____ , 129 S Ct 711, 172 L Ed 2d 517 (2009), we erred in concluding that the imposition of consecutive sentences under ORS 137.123(5) requires findings by a jury rather than a judge. We agree and, accordingly, modify our opinion and affirm.

Reconsideration allowed; former disposition withdrawn; former opinion modified and adhered to as modified; affirmed.